# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

David Kraybill _____ )
_____ )   Case Number: _____**21-1235-JPG**__
_____ )                    *(Clerk's Office will provide)*
_____ )
     *Plaintiff(s)/Petitioner(s)* )
          v. )   ☐ CIVIL RIGHTS COMPLAINT
           )   pursuant to 42 U.S.C. §1983 (State Prisoner)
David Mains_____ )   ☐ CIVIL RIGHTS COMPLAINT
Donna Daniel_____ )   pursuant to 28 U.S.C. §1331 (Federal Prisoner)
Affordable Inmate Services, LLC___ )   ☒ CIVIL COMPLAINT
_____ )   pursuant to the Federal Tort Claims Act, 28 U.S.C.
    *Defendant(s)/Respondent(s)* )   §§1346, 2671-2680, or other law

## I.   JURISDICTION

**Plaintiff:**

A.   Plaintiff's mailing address, register number, and present place of confinement.

        David Kraybill
        #R51497
        10930 Lawrence Road
        Sumner, IL   62466

**Defendant #1:**

B.   Defendant ___David Mains_____ is employed as
              (a)    (Name of First Defendant)

    Manager/owner_____
             (b)     (Position/Title)

with ___Affordable Inmate Services, LLC   (936)-564-3403___
            (c)   (Employer's Name and Address)

P.O. Box 635145  Nacogdoches, Texas  75963_____

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☐ Yes   ☒ No

If your answer is YES, briefly explain:

Rev. 10/3/19

**Defendant #2:**

C.    Defendant  Donna Daniel                                    is employed as

(Name of Second Defendant)

Operator/owner

(Position/Title)

with  Affordable Inmate Services, LLC   (936)-564-3403

(Employer's Name and Address)

P.O. Box 635145    Nacogdoches, Texas    75963

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☐ Yes   ☒ No

If you answer is YES, briefly explain:

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).
         Unknown at this time.

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law? ☒Yes ☐No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s):  David Kraybill


Defendant(s): Dr. Prozorovski, Dr. Townsend, and Thomas Dart, et. al.


2.    Court (if federal court, name of the district; if state court, name of the county): U.S. District Court for the Northern District of Illinois.

3.    Docket number: 1:2011cv06711

4.    Name of Judge to whom case was assigned: Rebecca Pallmeyer

5.    Type of case (for example: Was it a habeas corpus or civil rights action?):  Civil Rights.

6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):  Dismissed upon settlement.

7.    Approximate date of filing lawsuit: Filed September 23, 2011.

8.    Approximate date of disposition: 2012

9.    Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" No. A settlement was made.

III.   **GRIEVANCE PROCEDURE**

A.    Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?                              ☐ Yes    ☒ No

C.    If your answer is YES,
      1.    What steps did you take?

      2.    What was the result?

D.    If your answer is NO, explain why not.
       Not applicable.

E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?                    ☐ Yes    ☒ No

F.    If your answer is YES,
      1.    What steps did you take?
                                        Not applicable.

IV.   STATEMENT OF CLAIM

A.   State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated.  Do not include legal arguments or citations.  If you wish to present legal arguments or citations, file a separate memorandum of law.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

1). See included four page civil suit on separate pages.


Nota bene; Perhaps a court order, or a writ of mandamus from this Honorable Court, to compel the Illinois Attorney General's Office, and, or the Federal Trade Commission to investigate and enforce their own rules, laws, and charters, would save this Court precious time in full adjudication of this civil complaint.

Rev. 10/3/19

2.      What was the result?


G.      If your answer is NO, explain why not.   Not applicable.


H.      Attach copies of your request for an administrative remedy and any
        response you received.  If you cannot do so, explain why not:
                        Not applicable.

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

The Plaintiff now seeks restitution in the amount of two hundred-sixty dollars ($260) owed on account by Affordable Inmate Services, LLC, and the return and transfer of all computer files (Exhibits K-1, K-2, K-3, and K-4) to thumb drives or computer disks, and, or permanent access to his personal computer files that were being stored by AIS, including the return of all paperwork that wasn't yet transferred to the computer files as requested. Also plaintiff seeks full reimbursement of legal, court costs, and filing fees related to this lawsuit, including punitive awards, and any other awards that this court may deem justified. Additionally see page 4 of complaint.

## VI.    JURY DEMAND (*check one box below*)

The plaintiff ☐ does  ☒ does not request a trial by jury.


## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.


Signed on: <u>October 8th, 2021</u>
(date)

<u>10930 Lawrence Road</u>
Street Address

<u>Sumner, IL    62466</u>
City, State, Zip

Signature of Plaintiff

<u>David Kraybill</u>
Printed Name

<u>R51497</u>
Prisoner Register Number


Signature of Attorney (if any)

Rev. 10/3/19

UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

David Kraybill                          )   Case No.
                                        )
    Plaintiff/Petitioner                )
                                        )
                                        )
            v.                          )
                                        )
                                        )
David Mains, Donna Daniel,              )
Affordable Inmate Services, LLC.        )
    Defendants/Respondents              )


CIVIL SUIT


    Now comes the Plaintiff, David Kraybill, pro se, before this
Honorable Court, to bring a civil action/complaint against the Defendants,
David Mains, Donna Daniel, and any other owners of Affordable Inmate
Services, LLC.

    This civil suit/complaint should be a fairly straighforward case.
It begins as such: The Plaintiff, David Kraybill, sent funds and material
(personal papers) to Affordable Inmate Service, LLC (hereby referred to
as the abbreviation AIS), located in Nacogdoches, Texas. AIS was
advertised as being owner operated by the two defendants, David Mains,
and Donna Daniel. As of April 13, 2020, the Plaintiff maintained an open
account balance of two hundred-sixty dollars ($260.), as well as numerous
documents transferred to AIS and held on a AIS controlled computer(Exhibit A)
storage aparatus. On or about May, 2020, the Plaintiff sent a large
manila envelope full of documents to be processed and transferred to
computer storage by AIS. But, by July, 2020, Plaintiff received no
invoice or confirmation letter from AIS. The Plaintiff then mailed a
letter of inquiry to AIS, but received the letter back from the U.S.
Postal Service, marked "Return To Sender" (Exhibit B).

The Plaintiff then had a relative attempt to call the AIS phone number, only to discover that it had been disconnected. The Plaintiff then filed formal complaints along with copies of supporting documents with the Illinois Attorney General, The State of Texas Attorney General, and the Federal Trade Commission in Washington, DC. (Exhibits C, D, and E1 and E2). On 12-4-2020, the Illinois Attorney General (hereby referred to by the abbreviation IAG), pursued the case as far as sending an initial letter of inquiry, to which fortunately at least AIS provided several replies (Exhibits F1, F2, F3, G1, G2, G3). The very next letter from the IAG informed me that they were unable to further contact the defendant, David Mains, and were no longer pursuing the matter (Exhibit H). After the Plaintiff issued a letter of protest to the IAG, in which it was pointed out false or misleading statemnets made by the defendant, David Mains, in his response letter to the Illinois Attorney General. The IAG then reissued another form letter to the Plaintiff stating that they had once again forwarded my complaint to the defendant, David Main (Exhibit I). The Plaintiff's formal complaint to the Federal Trade Commission (hereby referred to by the abbreviation FTC) was never followed-up by the FTC after it's initial letter of acknowledgement, that also explained its own rules, which clearly the defendants have violated. As of this filing, the Plaintiff has not heard anything further back from either the IAG, the State of Texas Attorney General, The FTC, nor the Defendants.

One of the defendants, David Mains, made false, misleading, or contradictory statements in his response letter to the Illinois Attorney General (Exhibits G2, G3, J1, J2), in which he claims that he was not an owner of AIS, and that he "Left AIS after the owner, Donna Daniel, abandoned AIS and the doors were closed."

This directly contradicts earlier statements that David Mains made in a prior mass mailing to customers, dated 3-27-20 (Exhibits J1, and J2), in which he describes in the first paragraph that the "Idea to create AIS" was his, and that that "I decided I would create a company." David Mains then proceeds to explain that, Donna Daniel, has "resigned from AIS", and that he would continue to operate the business without her. Even more inexplicable (or foretelling?), considering the acknowledged backlog of orders pending, is that David Mains goes on to solicit and intice even more business orders by offering a steep 50% percent discount on all labor, even though AIS was already experiencing "delays and other issues" according to the very same letter. In hindsight, it appears that David Mains was attempting to gather more funds before absconding with them. Further-more in his reply to the IAG, he claims that his former owner/partner, Donna Daniel, is going through a divorce and all of her bank accounts are frozen due to the proceedings. David Mains then informs the IAG that he has forwarded all of the outstanding balances owed from the AIS business to Donna Daniel's divorce attorney, but he fails to even mention this attorney's name to the IAG,(which apparently the IAG accepts at face value) leaving much speculation as to the veracity of his claim. If this court carefully examines the various letters by, and from, David Mains, the contradictions and dubious claims become clear. He repeatedly writes the narrative to suit his needs. Regardless of whether he was duped into believing he held some ownership in AIS, or merely used Donna Daniel as a front to his hidden ownership, throughout the daily operation of the company he acted as the primary manager/owner. All memos, invoices, and AIS company letters were issued soley by David Mains alone.

Page 3

It is clear that, David Mains, remains in control of the fugitive computer files, as demonstrated by the release form that he sent in conjunction to the mass mailing letter he sent (Exhibits F1, F2, and F3). One of the reasons that the Plaintiff did not sign the release form authorizing, David Mains, to release the computer files, is that he self-servingly includes the disclaimer statement that whoever signs the release acknowledges that David Mains was never an owner of AIS. I simply refute that statement, eiher in whole or in part, at this point. Nevertheless, whom ever the court finds responsible for the plaintiff's losses, they should be held accountable. Of primary concern is the return of all the computer files and, or paperwork that is in AIS, and, David Mains', possesion. At one point after receiving the letter with the authorization form, I sent a reply letter even offering to pay him seperately for the retrieval of the computer files onto computer thumb drives or disks, irregardless of any pending disbursement of funds owed by AIS.

The Plaintiff now seeks restitution in the amount of two hundred-sixty dollars ($260) owed on account by AIS, and the return and transfer of all computer files (Exhibits K1, K2, K3, and K4) to thumb drives or computer disks, and, or permanent access to his personal computer files that were being stored by AIS, including the return of all paperwork that wasn't yet transferred to the computer files as requested. Also Plaintiff seeks full reimbursement of legal, court costs, and filing fees related to this lawsuit, including punitive damages, and any other awards that the court may deem justified.

The Plaintiff requests that the court allow this complaint to be amended if, or when more material and facts become available, necessary, or requested.   Signed Plaintiff _David Kraybill_

David Kraybill

Date Signed: October 8th, 2021

**Affordable Inmate Services, LLC**
PO Box 635145
Nacogdoches, Texas 75963
United States
936-564-3403



**David Kraybill-R51497**
Lawrence Correctional Center
10930 Lawrence Rd
Sumner, IL 62466

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 182429 |
| **Invoice Date** | April 13, 2020 |
| **Payment Terms** | |
| **Due Date** | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Kraybill, David-R51497 (Kraybill, David-R51497)

### Time Entries

| Date | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|
| 04/13/2020 | Internet Research | National Geographic: Attempted to locate National Geographic magazine featuring article by Roving Lee Graham, after April 1969. This publisher does not have free access to their archives (requires subscription.) Back issues are only available online for the previous 5-years. Searched academic databases for past articles with no results. We could only locate National Geographic, April 1969, Vol. 135, No. 4, available through abebooks.com. Please refer to the enclosed description and let us know if this is the issue you are seeking. | $30.00 | 0.50 | $15.00 |
| **Non-billable Time Entries:** | | | | | |
| 04/13/2020 | Phone Call ($7.50 minimum) | I placed a call to the NatGeo back issue line. They are not able to perform research for this request, however, they directed us to editor@natgeo.com to see if they could obtain the information needed to order a back issue. I also sent an email to the editor and will respond when/if they reply. | $30.00 | 0.25 | $7.50 |
| | | | Totals: | **0.75** | **$15.00** |

### Adjustments

| Item | Applied To | Type | Description | Basis | Percent | Line Total |
|---|---|---|---|---|---|---|
| Discount | Time Entries | % - Percentage | Due to the delays caused by COVID-19, we have discounted your order. | $15.00 | 50.0% | ($7.50) |
| | | | | | Discount Total: | **($7.50)** |

**Terms & Conditions:**

Thank you for choosing Affordable Inmate Services, LLC. Please check your order and notify us immediately of any issues.

THIS ORDER IS NOW COMPLETE. WE HAVE PROCESSED AS MUCH OF YOUR ORDER AS WAS POSSIBLE IN THE TIME YOU ALLOWED. IF YOU REQUIRE MORE INFORMATION, PLEASE SUBMIT A NEW ORDER.

*PLEASE LOOK AT THE BACK PAGE OF YOUR INVOICE. SOME INVOICES HAVE THE CURRENT CREDIT BALANCE AT THE TOP LEFT OF A BACK PAGE.

** Due to changes in JPay's service, we will no longer be able to respond to any states other than Texas using JPay.

*** Due to COVID-19 issues, some mail has taken an additional 2-3 weeks to arrive at our office. We do not know the reason for this delay and it has happened to mail from facilities both inside and outside of Texas. In addition, approximately 80% of Americans are under quarantine orders, which limits the ability of staff to come to work and to obtain items such as money orders. We are processing orders every day and appreciate your understanding. Orders are processed in the order they are received

****Attention! Do not solicit rule violations. Per policy and agreements with institutions, if we are solicited to violate an institutional rule/policy, we are required to notify your administration of that request. Please do not send requests which violate your institutional rules/policies.

| | |
|---|---|
| Time Entry Sub-Total: | $15.00 |
| **Sub-Total:** | $15.00 |
| Discounts: | ($7.50) |
| **Total:** | $7.50 |
| **Amount Paid:** | $7.50 |
| **Balance Due:** | **$0.00** |

## Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | Apr 13, 2020 | Non-Trust Credit Account | $7.50 | David Mains (Staff) | -- |

## Account Summary

**David Kraybill-R51497's Credit Balance**

Balance As Of 04/13/2020:
$260.00

David Kraybill
R51497
10930 Lawrence Road
Sumner, IL   62466

# A.I.S.

Affordable Inmate Services, LLC

*"Helping Others to Help Themselves"*
www.aisinmate.com

P.O. Box 635145 Nacogdoches, TX 75963-5145

info@aisinmate.com
www.aisinmate.com

THIS CORRESPONDENCE
IS FROM AN INMATE OF THE
IL DEPT OF CORRECTIONS

Affordable Inmate Services ...
PO Box 63515
Nacogoches, TX



NIXIE      711    5E 1        0113/12/20

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 62465491530      *8990-06354-17-43

USPS
FOREVER
USA
2020



# OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

**KWAME RAOUL**
ATTORNEY GENERAL

December 4, 2020

David Kraybill #R-51497
10930 Lawrence Road
Sumner, IL 62466

Re:  Affordable Inmate Services, LLC
File No:  2020-CONSC-00125937

Dear Mr. Kraybill #R-51497:

The Consumer Protection Division, of the Office of the Attorney General has received your consumer complaint.  A copy of your complaint has been forwarded to the above named business for its review and response.

The business may contact you about a possible settlement after it receives our letter.  We encourage you to consider any reasonable offer.  If the business responds directly to our office, a copy of its response will be mailed to you.

This is an informal mediation process.  We are unable to represent private citizens in legal disputes.

Please direct all correspondence to my attention via email, when possible, or US mail to Office of the Attorney General, Consumer Protection Division, Consumer Fraud Bureau, 500 S Second St, Springfield, IL 62701.  Please reference your file number on all correspondence.

Sincerely,

ATTORNEY GENERAL
State of Illinois

Ken Paxton, Attorney General State of Texas
Attn: Consumer Complaints
P.O. Box 12548
Austin, TX      78711

David Kraybill
#R-51497
10930 Lawrence Road
Sumner, IL   62466

*Rough Draft*

Dear Office of Attorney General & Staff,

    I am writing to you to inquire on how to file a formal complaint
against a business in Nacaodoches,Texas that has accepted payment for
services that have not been rendered. Enclosed please find paperwork
and receipt copies that corroborate these transactions. I have attempted
to  write a follow-up letter on July 17, 2020 after I received no response
on my order that was placed on April 2nd, 2020. I tried calling directly
on the phone this week only to discover that the phone line is diconnected.
At this point I would like the order fulfilled or a complete refund.
Can your office please assist me in finding out what happened to this
business and whether or not someone has absconded with funds on account?
Perhaps a simple letter from your office will remedy the mystery.
    Please send all correspondence to me at the address in the righthand
corner <u>exactly</u> as it is written to ensure proper delivery.
    Your time and consideration given to resolving this matter



UNITED STATES OF AMERICA
## FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Consumer Response Center

January 6, 2021

David Kraybill

10930 Lawrence Rd  R-51497

Summer, IL 62466

RE: FTC Ref. No. 127985985

Dear David Kraybill:

Thank you for contacting the Federal Trade Commission (FTC).

The FTC does not require any licenses or permits for mail or telephone order businesses. The FTC's Mail or Telephone Order Rule, however, as described below, regulates shipment and certain refunds for mail and telephone order merchandise.

The FTC's Mail or Telephone Order Rule regulates shipment and certain refunds for mail and telephone order merchandise. The Rule applies to merchandise that is ordered by mail, telephone, computers, and fax. Basically, it requires that mail and telephone order sellers ship orders to buyers within the time stated in the advertisement. If no time is stated in the advertisement, then the order must be shipped with 30 days after receiving the order. If the seller is unable to ship within the applicable time, the seller must notify the buyer of the delay and give the buyer the choice of either agreeing to the delay or canceling the order and receiving a prompt refund. If the delay is for 30 days or less, the buyer's failure to respond to a seller's delay notice may be treated as a consent to the delay. For delays beyond 30 days, or where a revised shipment date given in a delay notice cannot be met, the buyer must expressly agree to the delay.

The Rule also requires that sellers of mail or telephone order merchandise have a reasonable basis for claims they make about shipping time. For example, at the time of making the shipping claims, the seller should have sufficient inventory on hand or adequate sources of supply to meet the anticipated demand for the product.

The seller's obligation to ship begins when the seller receives all the information needed to process the order, and it is accompanied by the proper payment. When a shipment date is not stated in the advertisement and an application for credit accompanies the order, the seller has 50 days instead of 30 days for shipment and notification of delay. If you promise shipment within a specific time period, the Rule assumes that you have already factored into that time period the time you would need to process requests for credit that you offer.

When a refund is required by the Rule, a seller is allowed one billing cycle to credit the customer's account or notify the customer that the account will not be charged where there is a credit sale. The seller has seven working days to mail a refund if the customer paid by cash, check or money order.

Section 3009 of the Postal Reorganization Act regulates the mailing of unordered merchandise. This section

maintains that only two kinds of merchandise legally can be sent through the U.S. mail without a consumer's prior request or consent: (1) free samples that are clearly marked as such, and (2) merchandise mailed by a charitable organization asking for contributions. The recipient can consider any other unordered merchandise a gift and is not obligated to pay for it. It is also illegal for a firm to send bills or dunning notices requesting payment or return of the unordered merchandise. Such practices also have been determined to be unlawful under Section 5(a)(1) of the FTC Act, 15 U.S.C. § 45(a)(1), without regard to whether the U.S. mails were used.

You also should contact the local Attorney General's Office to find out if there are any state laws applicable to a mail or telephone order business. The Direct Marketing Association can be helpful in providing information regarding setting up a mail or telephone order business. If you wish to contact them, the address is as follows:

Direct Marketing Association
NYC Headquarters
1120 Avenue of the Americas
New York, NY 10036-6700
Telephone Number: (212) 768-7277

Thank you for providing information that may be used to develop or support the FTC's enforcement initiatives. You can find free educational materials on a variety of consumer topics, press releases, and other important information on our website at www.ftc.gov.

Sincerely,

Consumer Response Center

David Mains
Attn: AIS Account Closing
PO Box 635145
Nacogdoches, TX 75963

January 1, 2021

David Kraybill-R51497
Lawrence Correctional Center
10930 Lawrence Rd
Sumner, IL 62466

Re: Affordable Inmate Services, LLC Update

David:

This letter is to provide you an update on AIS and your open account.

AIS is no longer in business. The owners of the business are in the process of going through a divorce, the accounts were frozen, and I quit when I it was brought to my attention that I was not an owner, even though my belief was that I would exchange my labor for ownership. Ultimately, I ended up working for free for three years.

Although I am no longer with AIS, I would like to assist you in the return of any unused funds that were being held by the company. I am in contact with one of the law firms handling the divorce action. I will provide them with a list of accounts for repayment.

I was able to obtain a list of accounts from AIS. Records indicate that you had a remaining balance of *$260*. With your permission, I will forward this to the law firm on your behalf, as long as you return the enclosed authorization.

Next, if you had records you paid AIS to store for you in eStorage, I can retrieve those items for you as well. You will need to return the second authorization form to grant me access to those documents. If you would like those items shared with someone digitally, you will need to make sure you provide their full name, contact information, and a valid email address. If you would like pages printed, you will be responsible for the printing and shipping costs. The cost for me to copy the items is $.10/page and shipping will vary depending on the number of pages. I am not being reimbursed for any of the expenses I have for sending these letters, my time, or anything related to helping you with your account closing, so I cannot afford to print and mail items to you.

When you write regarding your account closing, make sure you use the address above and the attention line (Attn: AIS Account Closing) as all other mail is being returned to sender.

I am sorry that I was not able to do anything to save AIS. That business was my dream while incarcerated and I only wanted to help people like you. Although the business is closed, I will continue to do what I can to help you with this matter.

I will keep you updated but know that it may take some time for the divorce to be finalized.

Thank you for your patience and understanding.


Sincerely,


David Mains



Encl(s):        Account Closing Authorization
                Account Access Authorization

# Account Access Authorization

I, David Kraybill-R51497, authorize David Mains to access any and all of my client file from Affordable Inmate Services, LLC ("AIS"). I also authorize Mains to share my eStorage documents with the following individual:

First Name: _____

Last Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Phone: _____

Email: _____ @ _____

If I do not provide all of the requested information above, my documents will not be shared with anyone. I understand that if I did not purchase eStorage from AIS, there will be no records to locate or share. I understand that Mains was not an owner of AIS and is not being paid to help with this account closing. I also understand that Mains will not be requesting any compensation from me for the work he performs in this matter unless I send a separate, written, request for Mains to print and mail documents to me. I also understand that Mains may not be able to respond to any letters from me unless I provide a Self-Addressed, Stamped, Envelope ("SASE") and that his response, if any, will be delayed.

_____          _____
            Signature                                          Date



## OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

**KWAME RAOUL**
ATTORNEY GENERAL

February 1, 2021

David Kraybill #R-51497
10930 Lawrence Road
Sumner, IL 62466

Re:  Affordable Inmate Services, LLC
File No:  2020-CONSC-00125937

Dear Mr. Kraybill #R-51497:

Enclosed please find a copy of the company's response to your complaint.

Please review this response and contact the undersigned **in writing**, via email when possible, within ten (10) days of your receipt of this letter with your comments.  Direct all correspondence to the Consumer Protection Division, Office of the Attorney General, 500 S Second St, Springfield, IL 62701.  Refer to the above mentioned file on all correspondence.  If we do not receive written communication from you within this time, we will subsequently close your file.

Thank you for bringing this matter to our attention.

Sincerely,

ATTORNEY GENERAL
State of Illinois
Enclosure

David Mains
Attn: AIS Account Closings
PO Box 635145
Nacogdoches, TX 75963

December 23, 2020

David Kraybill
#R-51497
10930 Lawrence Road
Sumner, IL 62466-4915

Re: AIS Account

Mr. Kraybill:

Enclosed, please find your copy of my response to the Attorney General's Office.

I apologize for everything that has happened. I had entered into business with people I trusted and discovered that I was not officially made an owner and my time invested into the new business was for nothing. Donna and her husband are going through a divorce and their accounts have been frozen.

Although AIS is no longer in business, I am doing what I can to assist people like you. I have spoken to an attorney involved in the partners' divorce and am providing them with a list accounts that will be returned to people like you.

I can access any files that were stored for you, but you will need to send me a signed letter that states you authorize me to have access to all of your client files, invoices, and any other documents associated with your account. Once I have this, I will be able to secure your files and do with them as you wish.

I will be sending you a mass mailing update in the next month and do my best to keep you updated. Please understand that I do not have access to the AIS accounts, and I will have to communicate to you at my own personal expense. I do not mind doing this, as I want to help you however, I will not be able to bear the costs of large numbers of copies or shipping.

When you write concerning your AIS account, please use the exact mailing address above, including the attention line. Items mailed without this line will be returned to the sender.

I want to thank you for your patience and understanding and look forward to hearing from you.

Sincerely,

David Mains

Enclosure: (1)

David Mains
Attn: AIS Account Closings
PO Box 635145
Nacogdoches, TX 75963

December 23, 2020

Susan Luckey
Office of the Attorney General
Consumer Protection Division
500 S. Second St.
Springfield, IL 62701



Re: David Kraybill #R-51497
File No: 2020-CONSC-00125937

Ms. Luckey:

In response to your letter dated December 4, 2020 and received December 21, 2020, I provide the following:

1.  I was the General Manager for Affordable Inmate Services, LLC (AIS).
2.  I was not an owner of this business.
3.  The owners are in the middle of a divorce action and upon information and belief their assets were frozen.
4.  I left AIS after the owner, Donna Daniel, abandoned AIS and the doors were closed.
5.  I am in contact with her husband's attorney and am providing a list of all outstanding accounts that are to be repaid to former clients of AIS.
6.  I am not being paid by AIS or its owners.
7.  I am doing what I can to help the former clients to have their monies returned.
8.  I will collect mail sent to the old AIS PO Box listed on this letter and do what I can to respond to former clients.
9.  I have planned a mass mailing to update anyone AIS conducted business with.
10. I will write to Mr. Kraybill to update him as well.
11. With the written permission of Mr. Kraybill, I will be able to access any of his invoices and documents stored in the now cancelled MyCase system used by AIS, as MyCase does not delete these files once the account is closed.
12. Please use the address above, including the "Attn: AIS Account Closings" to ensure delivery of any future correspondence, as new requests for catalogs and orders are no longer accepted.

I hope this helps to clarify the situation. Once I receive written authorization from Mr. Kraybill, I will be able to obtain the information necessary to provide you with a more detailed response.

Sincerely,

/s/

David Mains
cc: David Kraybill



# OFFICE OF THE ATTORNEY GENERAL
## STATE OF ILLINOIS

**KWAME RAOUL**
ATTORNEY GENERAL

File No: 125937

Dear Consumer:

We have attempted to contact the respondent regarding your complaint; however, our office has been unsuccessful in obtaining a response.  This does not mean you are without legal remedy; no does it necessarily reflect upon the validity of your claim.

If you wish to pursue this matter further, the following alternatives are suggested:

- Discussing this matter with a lawyer in private practice.

- Taking action in Small Claims Court if it would have jurisdiction over your complaint or dispute.

Your file will be retained by this office.  If a pattern or practice develops warranting further review by our office, our file may be re-opened at that time.

Thank you for bringing this matter to our attention.

Sincerely,

**ATTORNEY GENERAL**
State of Illinois



# OFFICE OF THE ATTORNEY GENERAL
## STATE OF ILLINOIS

**KWAME RAOUL**
ATTORNEY GENERAL

6/10/21

Re: Affordable Inmate Services

File No: 2020 - CONSC - 00125937

Dear Consumer: David Kraybill

The Consumer Protection Division, of the Office of Attorney General has received your consumer complaint. A copy of your complaint has been forwarded to the business for their review and response.

The business may contact you about a possible settlement after they receive our letter. We encourage you to consider any reasonable offer. If the business responds directly to our office, a copy of their response will be mailed to you.

This is an informal mediation process. We are unable to represent private citizens in legal disputes.

Please direct all correspondence to my attention, Office of Attorney General, Consumer Protection Division, 500 South Second Street, Springfield, IL, 62701. Please reference your file number on all correspondence.

Sincerely,

ATTORNEY GENERAL
State of Illinois



**Affordable Inmate Services, LLC**

PO Box 635145
Nacogdoches, TX 75963

March 27, 2020

Dear Valued Customer:

I apologize for the delays and any other issues you may have had with Affordable Inmate Services, LLC. The idea to create AIS came to me while I was incarcerated. Too often, the service providers to those of us in prison were expensive (such as $1 for black & white copies) and slow. I decided I would create a company that would provide the incarcerated with the products and services that they wanted, needed, and could have with quick turnaround times and at affordable prices. Due to several circumstances, many of them outside of our control, we have not delivered the speed of service you deserve.

I want you to know that I take full responsibility for these service issues and want to explain to you what the causes have been and show you what steps have been taken to correct the problems, providing you with the level of service you each deserve. To do this, I provide as follows:

**Management Change:** Donna Daniel has had several health and private issues which has required her attention. For these reasons, she has resigned from AIS. We have reassigned her work assignments and client accounts to other staff and are in the process of an internal audit and evaluation, which we is our standard policy for any management change. The internal audit and evaluation will be completed shortly, which will allow us to improve the processing speed of our client orders.

**COVID-19 (Coronavirus):** The threat of this pandemic has caused many communities to restrict travel, meetings, and in some cases going to work. Many businesses are sending employees home on furlough or requiring their employees to work from home. Using our secure MyCase system, our staff can work from anywhere in the world to process your orders. We now have staff located in Dallas, Fort Worth, Huntsville, and Austin, Texas working from home. Soon, the newly trained staff will be able to do the same. This will allow us to process orders, which will then be printed and mailed from our Nacogdoches location.

**Businesses & Suppliers:** Due to COVID-19, many places in the world are taking much longer to process orders. Some have reduced staffing; others have shut down because their city is on quarantine. In addition, places such as Amazon have now prioritized all medical shipment to the processing of non-medical orders.

**Money Orders:** Banks have shutdown their lobbies and require everyone to go through the drive-thru, which is not setup to efficiently process money orders. In additions, other providers have closed their customer service windows, where they sell money orders. For these reasons, it can take several hours to purchase a money order. There is nothing we can do to correct this issue. We will process money order requests when we can, which includes any payments from AIS to Inmate Trust accounts and 3rd parties that do not accept credit card payments, but we cannot guarantee a time. If you are requesting a money order to be sent to someone with a bank account, we can process an ACH transfer (bank to bank payment), if you provide us with the individual's full name, account type (checking or savings), account number, and routing number.

**Internet:** Due to school and work closing, as well as shelter-in-place orders, those people are using the Internet more than ever. This has placed such a strain on the system that some people in areas such as Dallas and Fort Worth, have extremely slow or no Internet. The effects can be felt in every community, even Nacogdoches. This means that order

**info@aisinmate.com | www.aisinmate.com**

We may not respond to unpaid information requests which do not include a #10 SASE





**Affordable Inmate Services, LLC**

processing can take considerably longer. Rather than bill our clients for the extra time, our staff have volunteered to donate the extra time needed to help our clients and our business.

**Staffing:** We are now receiving triple the number of orders than usual, which has prevented our staff from keeping up. Due to the influx of orders, we have new staff that have been training and they are processing orders now. Unfortunately, our business has many specialized areas that take specific training to perform, however, each of these new staff members are competent and are already assets to AIS.

**Communications:** We receive hundreds of requests for catalogs and general information that is contained in our catalogs. These requests are in the form of letters sent via US Mail, text messages, emails, and phone calls. Our business was tailored to help those who communicate via the US Mail. Often, people will have their friends or loved ones call to request catalogs, rather than send a Self-Addressed, Stamped, Envelope. In addition, we have some clients who will place an order, then send follow-up letters within 1-2 days of mailing that order. The processing of these communications has placed a severe strain on staff, which has slowed down the processing of orders. In order to better accommodate our clients order processing, we have made the following changes to our communication policy:

- **Phone Calls:** We will no longer accept phone calls. If you have someone who you wish for us to communicate with, you must request a Contact Form to have them added to your Client Portal. They may then communicate through our secure MyCase system.
- **Catalogs:** We will not be sending any catalogs until we have met the needs of our current clients and we are completed our latest version of our catalogs. We will be removing several items that have little demand and which cause additional processing time, however, we will complete any current requests we have for items in our current catalogs.
- **Follow-Ups:** We will not respond to follow up requests to see if an order was received or processed from anyone other than the client. We ask that you not write to us with follow-up requests unless it has been 20-days since the day you mailed your request, or 30-days if it was mailed to your facility to issue payment.
- **Special Mail:** We will no longer accept signature, required, mail. When we are required to provide a signature, we must travel to a different Post Office to receive it. This is simply too labor intensive. You may continue to send Certified and Priority Mail, as long as you do not require a signature.
- **Directed Mail:** Due to the high volume of mail, if you are addressing your letter or package to a specific individual, you will be adding an additional 6-8 weeks to the processing of that letter, as one person can only perform so much work in a day.
- **Attention Lines:** We encourage the use of an attention line on your letter, such as the following example:

> AIS
> Attn: (Insert area here)
> PO Box 635145
> Nacogdoches, TX 75963

After the colon ":" in the attention line, you may use one of the following areas to improve the processing of your request: _Book Order_, _eComm Order_, _IR_ (for Internet Research), SR (for any Specialty Research, such as PACER, Court Documents, or Academic Articles, _Casetext_ (for any case law, CARA AI, statutes, legal forms, or other items related to the law), _Copy Service_, _Document Storage_, _Photo Order_, _Outside Purchase_ (for 3rd party orders such as Walmart, magazines, newspapers, flowers, gifts, etc.), _Billing_ (for all payments or billing issues), and _Customer Service_ (missing or incorrect orders). Please only use one of these for your attention line and you do not need to underline or use parenthesis.

**info@aisinmate.com | www.aisinmate.com**

We may not respond to unpaid information requests which do not include a #10 SASE



**A.I.S.**

**Affordable Inmate Services, LLC**

These are the primary issues that we have had to contend with and our responses. We believe that for the areas within our control, this will make us a better provider to you.

On a personal note, I want you to know that I created this business because of the need. I work very long hours with little personal compensation, as I invest everything back into building a better business for our clients. My days often begin at 5:00 AM and end after 10:00 PM, usually seven days a week. I do this because I believe in what we are doing to help those incarcerated, and I will do all I can to succeed.

As someone who has been incarcerated, I know the difficulties, anger, and frustration of being on the inside, as well as the difficulties of starting a business with a felony record. I value every one of our clients. I will never pass judgment on any of you and will continue to do what is needed to provide you with those things that will make your life on the inside a little more tolerable.

Due to the delays we have incurred, any clients who have orders pending, that have not been processed within 14-days of receipt, will receive special discounts on their labor. In addition, you will receive a 50% discount on labor for all orders received in the next 60-days. I hope you find this acceptable and you will give us the opportunity to continue to provide for you. I thank you for your time and your business.


Sincerely,



David Mains
General Manager



**info@aisinmate.com | www.aisinmate.com**

We may not respond to unpaid information requests which do not include a #10 SASE

9/10/2019
Kraybill, David-R51497

Case 3:21-cv-01235-JPG   Document 2   Filed 10/08/21   Page 30 of 35   Page ID #30
Kraybill, David-R51497 - Case Details - MyCase

Case details generated 09/10/2019

[ EXHIBIT K-1 ]   Page 1 of 4

Search Documents ▾

Actions ▾

Kraybill, David-R51497 » 1-eStorage

| Title | Assigned Date | Last Updated |
|---|---|---|
| Bloomberg Pursuits.pdf Bloomberg Pursuits.pdf | | Today by David Mains |
| Bloomberg-To Rom On Ey.pdf Bloomberg-To Rom On Ey.pdf | | Today by David Mains |
| Cooking with Tinned Fish.pdf Cooking with Tinned Fish.pdf | | Today by David Mains |
| Ella Sanders.pdf Ella Sanders.pdf | | Today by David Mains |
| Jeannie Bottle-Ebay.pdf Jeannie Bottle-Ebay.pdf | | Today by David Mains |
| Mens Health-Face Shave.pdf Mens Health-Face Shave.pdf | | Today by David Mains |
| Movie List.pdf Movie List.pdf | | Today by David Mains |
| New Yorker-Jia Tolentino.pdf New Yorker-Jia Tolentino.pdf | | Today by David Mains |
| New Yorker-Poetry.pdf New Yorker-Poetry.pdf | | Today by David Mains |
| New Yorker-The Little King.pdf New Yorker-The Little King.pdf | | Today by David Mains |
| NYT-Artist Colony Thrives.pdf NYT-Artist Colony Thrives.pdf | | Today by David Mains |
| NYT-Cheap Eats Sounds.pdf NYT-Cheap Eats Sounds.pdf | | Today by David Mains |
| NYT-Hipness in the Ca.pdf NYT-Hipness in the Ca.pdf | | Today by David Mains |
| NYT-More Desert Hipness.pdf NYT-More Desert Hipness.pdf | | Today by David Mains |
| Popular Mechanics-Great American Factory.pdf Popular Mechanics-Great American Factory.pdf | | Today by David Mains |
| Recipies.pdf Recipies.pdf | | Today by David Mains |
| SimpliSafe.pdf SimpliSafe.pdf | | Today by David Mains |
| Southernliving-Recipies.pdf Southernliving-Recipies.pdf | | Today by David Mains |
| Wheelerdealer.pdf Wheelerdealer.pdf | | Today by David Mains |

Rows Per Page:   100

You can drag and drop files to this view to upload them.

Kraybill, David-R51497

Case details generated 04/06/2020

[ EXHIBIT K-2 ]   Page 2 of 4   (Double sided page)

Search Documents ▾                    E-Signature Help    Feedback    Actions ▾    Add ▾

Kraybill, David-R51497 » 1-eStorage

| TITLE | ASSIGNED DATE | LAST UPDATED |
|---|---|---|
| 20191223193942 Butter Up.pdf<br>20191223193942 Butter Up.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223193749 Top 3 Heat Sticks.pdf<br>20191223193749 Top 3 Heat Sticks.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223193838 Culture Club.pdf<br>20191223193838 Culture Club.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223193555 The Cold Standard.pdf<br>20191223193555 The Cold Standard.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223193708 Smooth Operator.pdf<br>20191223193708 Smooth Operator.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223193458 Sardinha.pdf<br>20191223193458 Sardinha.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223193414 Real BBQ.pdf<br>20191223193414 Real BBQ.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223193239 Killer Pasta.pdf<br>20191223193239 Killer Pasta.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223193327 Lemon Fluffy Cakes.pdf<br>20191223193327 Lemon Fluffy Cakes.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223193147.pdf<br>20191223193147.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223192947 Got milk bread.pdf<br>20191223192947 Got milk bread.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223193052 Worker Bees.pdf<br>20191223193052 Worker Bees.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223192904 Anime Membership.pdf<br>20191223192904 Anime Membership.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223192631 Bonanza Publishing.pdf<br>20191223192631 Bonanza Publishing.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223_194226.pdf<br>20191223_194226.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223_193819.pdf<br>20191223_193819.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223203731 Home shop machinist.pdf<br>20191223203731 Home shop machinist.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |

| TITLE | ASSIGNED DATE | LAST UPDATED |
|---|---|---|
| Letter to AIS- Documents to be scanned and saved.pdf<br>Letter to AIS- Documents to be scanned and saved.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223203625.pdf<br>20191223203625.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223203448 Write here, write now.pdf<br>20191223203448 Write here, write now.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223202926 Frank Castillo.pdf<br>20191223202926 Frank Castillo.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223203332 Technology.pdf<br>20191223203332 Technology.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223203155 Gone Fishing.pdf<br>20191223203155 Gone Fishing.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223202544 Public Energy No.1.pdf<br>20191223202544 Public Energy No.1.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223202409.pdf<br>20191223202409.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223202056 Legal Processing.pdf<br>20191223202056 Legal Processing.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223201711 Secrets of American History.pdf<br>20191223201711 Secrets of American History.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223202236 Also by Peter Evans.pdf<br>20191223202236 Also by Peter Evans.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223201504 daughter knows best.pdf<br>20191223201504 daughter knows best.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223201211 A stitch in time.pdf<br>20191223201211 A stitch in time.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223201343.pdf<br>20191223201343.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223200816 Bonanza Publishing 2018 Catalog.pdf<br>20191223200816 Bonanza Publishing 2018 Catalog.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223200706 The big bite.pdf<br>20191223200706 The big bite.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223200626 Bearly there.pdf<br>20191223200626 Bearly there.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223200509.pdf<br>20191223200509.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223200543 Time off.pdf<br>20191223200543 Time off.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |

| TITLE | ASSIGNED PAGE | LAST UPDATED |
|---|---|---|
| 20191223200426 What about vintage.pdf<br>20191223200426 What about vintage.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223200311 Kennedy.pdf<br>20191223200311 Kennedy.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223200357.pdf<br>20191223200357.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223200230 Benefit of the doubt.pdf<br>20191223200230 Benefit of the doubt.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223195849 Plane Speak.pdf<br>20191223195849 Plane Speak.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223195944.pdf<br>20191223195944.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223200140 Dreams in a bottle.pdf<br>20191223200140 Dreams in a bottle.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223195558 Make yourself less trackable.pdf<br>20191223195558 Make yourself less trackable.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223195740.pdf<br>20191223195740.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223195404.pdf<br>20191223195404.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223195107.pdf<br>20191223195107.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223195147.pdf<br>20191223195147.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223195031.pdf<br>20191223195031.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223194946 Gear Results.pdf<br>20191223194946 Gear Results.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223194906 Strenght.pdf<br>20191223194906 Strenght.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223194817 The shoppable life.pdf<br>20191223194817 The shoppable life.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223194627 Persian Gulf Tensions.pdf<br>20191223194627 Persian Gulf Tensions.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223194727 Sailing by Starlight.pdf<br>20191223194727 Sailing by Starlight.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223194546 Comfort Bedding.pdf<br>20191223194546 Comfort Bedding.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |

**TITLE ✱✱ Two sided page - see other side✱✱**

| TITLE | ASSIGNED DATE | LAST UPDATED |
|---|---|---|
| 20191223194323 Seaweed.pdf<br>20191223194323 Seaweed.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223194416 GQ Best Stuff.pdf<br>20191223194416 GQ Best Stuff.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223194501 Sects and violence.pdf<br>20191223194501 Sects and violence.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223194219 Walkenhorst's Order Form.pdf<br>20191223194219 Walkenhorst's Order Form.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223194122 Cooking Free Trial.pdf<br>20191223194122 Cooking Free Trial.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| 20191223194037 How to Grill.pdf<br>20191223194037 How to Grill.pdf | | Dec 23, 2019<br>by<br>AIS Customer Service |
| NYT-Artist Colony Thrives.pdf<br>NYT-Artist Colony Thrives.pdf | | Sep 10, 2019<br>by<br>David Mains |
| NYT-Cheap Eats Sounds.pdf<br>NYT-Cheap Eats Sounds.pdf | | Sep 10, 2019<br>by<br>David Mains |
| NYT-More Desert Hipness.pdf<br>NYT-More Desert Hipness.pdf | | Sep 10, 2019<br>by<br>David Mains |
| NYT-Hipness in the Ca.pdf<br>NYT-Hipness in the Ca.pdf | | Sep 10, 2019<br>by<br>David Mains |
| Cooking with Tinned Fish.pdf<br>Cooking with Tinned Fish.pdf | | Sep 10, 2019<br>by<br>David Mains |
| Popular Mechanics-Great American Factory.pdf<br>Popular Mechanics-Great American Factory.pdf | | Sep 10, 2019<br>by<br>David Mains |
| Jeannie Bottle-Ebay.pdf<br>Jeannie Bottle-Ebay.pdf | | Sep 10, 2019<br>by<br>David Mains |
| Wheelerdealer.pdf<br>Wheelerdealer.pdf | | Sep 10, 2019<br>by<br>David Mains |
| Recipies.pdf<br>Recipies.pdf | | Sep 10, 2019<br>by<br>David Mains |
| Movie List.pdf<br>Movie List.pdf | | Sep 10, 2019<br>by<br>David Mains |
| Southernliving-Recipies.pdf<br>Southernliving-Recipies.pdf | | Sep 10, 2019<br>by<br>David Mains |
| Ella Sanders.pdf<br>Ella Sanders.pdf | | Sep 10, 2019<br>by<br>David Mains |
| SimpliSafe.pdf<br>SimpliSafe.pdf | | Sep 10, 2019<br>by<br>David Mains |

/5

| TITLE | ASSIGNED DATE | LAST UPDATED |
|---|---|---|
| Bloomberg-To Rom On Ey.pdf<br>Bloomberg-To Rom On Ey.pdf | | Sep 10, 2019<br>by<br>David Mains |
| Mens Health-Face Shave.pdf<br>Mens Health-Face Shave.pdf | | Sep 10, 2019<br>by<br>David Mains |
| New Yorker-The Little King.pdf<br>New Yorker-The Little King.pdf | | Sep 10, 2019<br>by<br>David Mains |
| New Yorker-Jia Tolentino.pdf<br>New Yorker-Jia Tolentino.pdf | | Sep 10, 2019<br>by<br>David Mains |
| New Yorker-Poetry.pdf<br>New Yorker-Poetry.pdf | | Sep 10, 2019<br>by<br>David Mains |
| Bloomberg Pursuits.pdf<br>Bloomberg Pursuits.pdf | | Sep 10, 2019<br>by<br>David Mains |

Rows Per Page:  100 ♦

You can drag and drop files to this view to upload them.