UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

David Kraybill                    )
    Plaintiff                  )          Csae No. 21-cv-1235-JPG
            v.            )
                              )
David mains                       )
Donna Daniel                      )
Affordable Inmate Services, LLC.  )
    Defendants                 )
                              )

## MOTION TO WITHDRAW CIVIL SUIT WITH STIPULATIONS

Now comes the Plaintiff, David Kraybill, pro se, in the above named civil complaint, and hereby makes the motion to withdraw the complaint if the Honorable Judge J. Phil Gilbert, agrees to the following stipulations before any dismissal.

The following stipulations for volunteering to withdraw:

1). The case must be dismissed without prejudice.

2). There must not be a strike placed against the plaintiff for filing a fivilous lawsuit. In other words the plaintiff should not be penalized.

3). Any filing fees or court costs must be waived by the court.

4). All three of the three stipulations must be agreed to specifically in writing by the court, and signed by the presiding Judge, J. Phil Gilbert.

It is the Plaintiff's belief that he should not bear anymore loss and financial burdon then what has already been imposed on him by the Defendants, and prays that the court will find this motion reasonable. The Plaintiff humbly requests that the court make a ruling on this motion within ten (10) days so that if the court denies the motion the Plaintiff will have time to prepare for the court's order to show cause, in which event the plaintiff also request this court to grant a sixty day extension of time in order for Plaintiff to do legal research to show grounds for cause.

David Kraybill
R51497
10930 Lawrence Road
Sumner, IL   62466

Date: October 17, 2021

Signed _David Kraybill_

David Kraybill