IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID KRAYBILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-cv-01235-JPG |
| | ) |
| DAVID MAINS, DONNA DANIEL, | ) |
| and AFFORDABLE INMATE | ) |
| INMATE SERVICES, LLC, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

This matter having come before the Court, and the Court finding it does not have jurisdiction over Plaintiff's Complaint,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff David Kraybill's Complaint against Defendants is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**
**Dated: December 6, 2021**

                                                                **/s/ J. Phil Gilbert**
                                                                 **J. PHIL GILBERT**
                                                                 **DISTRICT JUDGE**