IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID KRAYBILL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   Case No.  21-cv-01235-JPG |
| | ) |
| DAVID MAINS, DONNA DANIEL, | ) |
| and AFFORDABLE INMATE | ) |
| INMATE SERVICES, LLC, | ) |
| | ) |
|    Defendants. | ) |

**<u>MEMORANDUM AND ORDER</u>**

This matter is before the Court on Plaintiff's Motion to Amend Complaint to Show Cause and to Reconsider Complaint (Doc. 16).

Plaintiff David Kraybill filed this Complaint on October 8, 2021 under federal diversity jurisdiction. The Court has dismissed this case for lack of jurisdiction because of Plaintiff Kraybill's failure to meet the amount in controversy requirement under 28 U.S.C. § 1332(a).

As stated in this Court's previous order (Doc. 14), federal courts are courts of *limited jurisdiction*. This means that this Court can only hear certain types of civil cases in diversity suits. By contrast, state courts are courts of *general jurisdiction*, which can hear almost any type of civil case. Plaintiff Kraybill is welcome to file his suit against Defendants in state court.

If Plaintiff wishes to file his suit in state court in Illinois, the long arm statute in Illinois allows jurisdiction over an out-of-state resident if the suit arises out of or is connected to the defendant's purportedly wrongful activities within the forum state. 735 ILCS 5/2-209.

As stated previously, the Supreme Court of the United States has long instructed that "federal courts, as courts of limited jurisdiction, must make their own inquiry to ensure that all

statutory requirements are met before exercising jurisdiction. *Page v. Democratic Nat'l Comm.*, 2 F.4th 630, 634 (7th Cir. 2021).

Finding that this Court does not have jurisdiction over Plaintiff's action (Doc. 14), the Court hereby DENIES Plaintiff's Motion to Amend Complaint to Show Cause and to Reconsider Complaint (Doc. 16).

**IT IS SO ORDERED.**
**Dated: December 21, 2021**

                                          **/s/ J. Phil Gilbert**
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**