UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| David Kraybill<br>    Former Plaintiff | Case No. 21-cv-1235-JPG |
| v. | |
| David Mains<br>Donna Daniels<br>Affordable Inmate Services, LLC<br>    Defendants | |

NOTICE TO COURT

Now comes, David Kraybil, pro se, to give notice to this court under protest, that he cannot even consider any merits of an appeal due to the fact that he has not had access to a law library or his legal files for at least several weeks, and has been given no notification when access may or may not be granted. And since the court refuses to appoint counsel, it is a harbinger of futility and the only palliative solution is to completly withdraw from the case and and forfeit any right to appeal (under protest). This should not in any way be construed as a direct intent to appeal, but merely to investigate the merits and possibility of an appeal and the right to file an appeal. Including, but not limited to investigating the law, legal fees, processes, case law, due dates, etc., etc. None of which is possible without access to a law library, or my legal files and paperwork, or the appointment of counsel by this court. Under the circumstances, perhaps this Honorable Court would at least consider a refund or partial refund of the initial filing fees (split the costs anyone?) to file this nullified civil suit.

Signed: _D. Kraybill_

David Kraybill, pro se

Dated: January 10th, 2022